JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK YANISH, <br><br> Plaintiff(s), <br><br> VS. <br><br> WELLS FARGO HOME MORTGAGE, et al., <br><br> Defendant(s). | Case No. CV 10-03947-RGK (VBKx) <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On September 24, 2010, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution as to defendants John Kennerty and Marsha Graham. Plaintiff was ordered to respond in writing on or before October 5, 2010. As of this date, no response has been filed. Therefore, the case is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: October 21, 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE