JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KIRK YANISH, | ) CASE NO. CV 10-03947-RGK (VBKx) |
|---|---|
| Plaintiff(s), | ) |
| vs. | ) **ORDER DISMISSING CIVIL ACTION** |
| WELLS FARGO HOME MORTGAGE, et al., | ) |
| Defendant(s). | ) |

On November 26, 2010, the Court issued an Order to Show Cause ("OSC") re Dismissal re Lack of Prosecution. Plaintiff was ordered to respond to the OSC not later than December 10, 2010. As of this date, plaintiff has failed to respond. Therefore, the Court dismisses the action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: DEC 22 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE